UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAKIM ABDULLAH,

      Plaintiff,

v.                                          Case No. 3:06-cv-275-J-33MCR

B.C. GIBBARD, in his individual
personal capacity,

      Defendant.

_____/

**ORDER**

This cause comes before the Court pursuant to an affidavit of indigency filed on January 14, 2008, by pro se plaintiff Hakim Abdullah. (Doc. # 38.) It is apparent that this affidavit is intended to serve as a motion for leave to appeal in forma pauperis under Federal Rule of Appellate Procedure 24. The Court thus treats the affidavit as such a motion.

Rule 24 provides that a party wishing to appeal in forma pauperis must file a motion with the district court. This requirement does not apply, however, to a party who was permitted to proceed in forma pauperis in the district court. Fed. R. App. P. 24(a)(1) & (3). Such a party may proceed in forma pauperis on appeal without further authorization unless either the district court certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to appeal in forma pauperis, or a statute prevents the party from appealing in forma

1

pauperis.  Fed. R. App. P. 24(a)(3).

Abdullah was permitted to proceed in forma pauperis in this Court.  (Doc. # 7.)  As a result, Abdullah may proceed in forma pauperis on appeal without seeking additional authorization, at least so long as no statute provides otherwise and this Court does not certify that Abdullah's appeal is not taken in good faith or find that Abdullah is not otherwise entitled to appeal in forma pauperis.  This Court has neither certified that Abdullah's appeal is not taken in good faith, nor found that Abdullah is not otherwise entitled to appeal in forma pauperis.  Additionally, the Court is unaware of any statute that prevents Abdullah from continuing in forma pauperis on appeal.  Thus, Rule 24(a)(3) permits Abdullah to appeal in forma pauperis without filing a motion in this Court.  Abdullah's motion is moot because Abdullah is entitled to appeal in forma pauperis whether or not the Court grants his motion.  For that reason, Abdullah's motion must be denied as moot.  This action leaves Abdullah in the same position he would have occupied if he had never filed his motion.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

1.   Abdullah's affidavit of indigency, which the Court treats as a motion for leave to appeal in forma pauperis, is denied as moot.

2.   The Clerk shall immediately forward a copy of this Order

2

to Abdullah and to the Clerk of the United States Court of Appeals
for the Eleventh Circuit.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this
<u>7th</u> day of February 2008.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:  All Parties and Counsel of Record